

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2017

No. 04-17-00436-CR & 04-17-00437-CR

David Stuart **BISHOP**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3325 & 2015CR3326
Laura Lee Parker, Judge Presiding

# O R D E R

Court reporter Amy L. Hinds's motion for extension of time to file the record is granted. We order the record due August 21, 2017.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk